THE AUSTIN COMPANY v. TRAVELODGE
INTERNATIONAL, INC.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH WHALEN.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DE MATTIO.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED TRAETTINO, JR.

June 18, 1981.

Petition for certification denied.